**Order entered May 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01735-CV

### JUANITA J. GAROFALO, Appellant

### V.

### CHANDLER MANAGEMENT D/B/A MCCALLUM CROSSING APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 05-01979-2012**

## ORDER

The Court has before it appellant's May 3, 2013 motion for secondary review of appellant's brief to determine errors in brief. The Court **DENIES** the motion and **ORDERS** appellant to file her corrected brief within ten days of the date of this order.

/s/     ELIZABETH LANG-MIERS
             JUSTICE